# UNITED STATES DISTRICT COURT
## District of Minnesota

Frank J. Brown,

                Plaintiff,

v.

Walgreen, Co.,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  18-cv-41 SRN/KMM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This case is dismissed with prejudice and without costs or fees to any party.

Date: February 5, 2018

KATE M. FOGARTY, CLERK

s/Katie Thompson

(By)  Katie Thompson, Deputy Clerk